UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

DEVON INTERNATIONAL TRADING, INC.,

    Plaintiff,

vs.                        CASE NO. 3:06-cv-00285-RV-MD

M/V *SANKO RALLY*, her engines, tackle,
appurtenances, etc., *in rem*, and SANKO
STEAMSHIP CO., LTD. and PACTRANS
AIR & SEA, INC., *in personam*,

    Defendants.
_____/

## ORDER DIRECTING RELEASE OF VESSEL IN ACCORDANCE WITH SUPPLEMENTAL RULE E(5)

IT HAVING COME before this Court on Plaintiff's Motion for Order Directing the Release of Vessel in Accordance with Supplemental Rule E(5), and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Motion, be and is, granted. The U.S. Marshal is hereby directed to release the vessel currently being held in its custody in the above-styled action.

DONE AND ORDERED in Chambers at Pensacola, Florida, this 30th day of June, 2006.

                                /s/ *Roger Vinson*
                                **ROGER VINSON**
                                **Senior U.S. District Judge**