**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DEVON INTERNATIONAL TRADING, INC.,

    Plaintiff,

v.                                                   Case No.: 3:06-CV-285/RV/MD

M/V SANKO RALLY, her engines, tackle,
appurtenances, etc., *in rem*, and SANKO
STEAMSHIP CO., LTD. and PACTRANS
AIR & SEA, INC., *in personam*,

    Defendants.
_____/

## ORDER

    On June 2, 2008, the plaintiff filed a motion to enforce settlement in this case (doc. 110). The motion was set for a hearing, but that hearing has been continued several times while the parties attempted to resolve the issues raised in the motion. The settlement discussions have proved successful, and the plaintiff has now filed a notice of settlement and stipulated motion to adjourn the hearing (doc. 139). The parties have also been working on an agreement that will dispose of this entire action, and the plaintiff has indicated that such an agreement is "likely."

    In light of the foregoing, the plaintiff's motion to adjourn the hearing (doc. 139) is GRANTED; the plaintiff's motion to enforce settlement (doc. 110) is DENIED as moot; and the hearing scheduled for September 16, 2008, is ADJOURNED and CANCELLED.

    All other motions now pending in this case (docs. 81, 97, and 98) are DENIED, without prejudice to renewal or refiling, in order to accommodate the parties' ongoing settlement discussions.

    DONE and ORDERED this 15th day of September, 2008.

                                                /s/ *Roger Vinson*
                                              **ROGER VINSON
                                              Senior United States District Judge**