**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DEVON INTERNATIONAL TRADING, INC.

    VS                                                      CASE NO.  3:06cv285/RV/MD

M/V SANKO RALLY, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   October 6, 2008
Type of Motion/Pleading: MOTION FOR SCHEDULING CONFERENCE
Filed by: DEFENDANT, PACTRANS AIR & SEA, INC.   on 9/26/08   Document 143
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                              on             Doc.#
                                              on             Doc.#
                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              /s/ Elizabeth Cooley
                                              Deputy Clerk: Elizabeth Cooley

**ORDER**

A scheduling conference was held on October 27, 2008.  Counsel agreed that there is an arbitration proceeding pending in Beijing, China, and an insurance coverage proceeding pending in New York.  At this time it appears that no meaningful action can be taken until the outcome of those proceedings is known.  Upon consideration of the foregoing, it is ORDERED this 27th day of October, 2008 as follows:

(a)    Counsel for Pactrans will report to the court withing ten days on when resolution of the foregoing proceedings is expected.

(b)    This proceeding is STAYED until January 31, 2009.  No later than February 1, 2009, counsel for Pactrans will inform the court on the status of the foregoing proceedings, after which the court intends to schedule a telephone hearing to consider the matter further.

                                              /s/ *Miles Davis*
                                              MILES DAVIS
                                              UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                        Document No.