IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

**DEVON INTERNATIONAL TRADING, INC,,**
        **Plaintiff,**

vs.                                No.   3:06cv285/RV/MD

**M/V SANKO RALLY, et. al.,**
        **Defendants.**

_____

### ORDER

By prior order (doc. 152) the court stayed proceedings herein until January 31, 2009, and required counsel for defendant, Pactrans Air & Sea, Inc., to report on progress in related proceedings, specifically, an insurance coverage proceeding in New York and an arbitration proceeding in China.  The most recent status report, dated February 12, 2009 (doc. 155), was identical to the first (doc. 154).  It stated that a decision on the coverage matter was expected by the end of December, 2008 (which date had already passed), and that arbitration was scheduled for February 28, 2009.  There has been no report since.

Accordingly, it is ORDERED that within five (5) days of the entry of this order, defendant Pactrans Air & Sea, Inc. will report on the status of the foregoing proceedings.

DONE AND ORDERED at Pensacola, Florida this 4th day of March, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE