IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEVON INTERNATIONAL TRADING, INC.,

    Plaintiff,

v.                                             Lead Case No.: 3:06-CV-285/RV/MD, *consolidated with* Case No.: 3:08-CV-01, and Case No.: 3:08-CV-26

M/V SANKO RALLY, her engines, tackle,
appurtenances, etc., *in rem*, and SANKO
STEAMSHIP CO., LTD. and PACTRANS
AIR & SEA, INC., *in personam*,

    Defendants.
_____/

## ORDER

    This litigation arises out of an ocean shipment of gypsum board from China to Florida that took place between May and June of 2006, and it shares the same operative facts as two other cases that have been consolidated and are pending before me in this district, *Pactrans Air & Sea, Inc. v. M/V Sanko Rally*, 3:08cv01 and *Pactrans Air & Sea, Inc. v. Bennett,* 3:08cv26. The three cases were stayed until January 31, 2009, pending arbitration in China and the outcome of an insurance coverage dispute in New York. More than three months ago, on March 10, 2009, Pactrans filed a status report advising that the arbitration was still ongoing and that the insurance dispute was "under submission" (doc. 157), but there has been no activity or filings in the case(s) since that time.

    Accordingly, it is ORDERED that within seven (7) days of the date of this order, Pactrans will report on the status of the foregoing proceedings.

    DONE and ORDERED this 24th day of June, 2009.

                                                   /s/ *Roger Vinson*
                                                   **ROGER VINSON**
                                                   **Senior United States District Judge**