**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DEVON INTERNATIONAL TRADING, INC.,

    Plaintiff,

v.                                       Lead Case No.: 3:06-CV-285/RV/MD,
                                       *consolidated with* Case No.: 3:08-CV-
                                       01, and Case No.: 3:08-CV-26

M/V SANKO RALLY, her engines, tackle,
appurtenances, etc., *in rem*, and SANKO
STEAMSHIP CO., LTD. and PACTRANS
AIR & SEA, INC., *in personam*,

    Defendants.
_____/

## ORDER

       This litigation was filed more than three years ago. It arises out of an ocean shipment of gypsum board from China to Florida that took place between May and June of 2006. It involves several parties and has spawned at least two arbitration proceedings and four related cases, two of which have been consolidated and are pending before me in this court [*see Pactrans Air & Sea, Inc. v. M/V Sanko Rally*, 3:08cv01; and *Pactrans Air & Sea, Inc. v. Bennett,* 3:08cv26].

       In September 2008, the parties indicated that they were close to settlement on the "major points of contention" in the lead case.[1] As for the (apparently few) remaining claims and issues, the case was stayed until January 31, 2009, pending arbitration in China and the outcome of an insurance coverage dispute in New York. Four months ago, on March 10, 2009, Pactrans filed a status report advising that the

---

[1] During this time, several hearings and status conferences were scheduled, rescheduled, and eventually cancelled when the parties represented to the court that they expected "the matter will be resolved by the parties without any further court intervention." (Doc. 137).

arbitration was ongoing and that the coverage dispute was "under submission." Thereafter, on July 6, 2009, Pactrans reported that it had commenced legal action in China to challenge the arbitration award between it and China National, while the parties are still waiting a decision in the arbitration between Pactrans and Devon. There is no indication when the proceedings will be resolved and what, if anything, will be required of this court when they are. There are no motions pending in this matter, and, apart from the court-requested status reports, the parties have not filed anything in the case since October 2008. Nor have there been any recent filings in the companion cases, *Pactrans Air & Sea, Inc. v. M/V Sanko Rally*, 3:08cv01 (last filing 18 months ago), and *Pactrans Air & Sea, Inc. v. Bennett,* 3:08cv26 (last filing 8 months ago).[2]

In light of the above, it appears that, to the extent anything will be required of this court, no meaningful action can be taken until the arbitration proceedings and insurance coverage dispute are resolved, whenever that may be. Since this case has been pending for more than three years, and there does not appear to be any prospect of activity in this court in the foreseeable future, the Clerk is directed to administratively close this case, along with the two consolidated actions.

Upon notice or motion of any party demonstrating that the proceedings described above have been resolved and that these cases are now in a posture to proceed, an order will be entered re-opening the case(s) as appropriate.

DONE and ORDERED this 7th day of July, 2009.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**

---

[2] I note that the last filing in *Pactrans Air & Sea, Inc. v. Bennett,* 3:08cv26, was the joint Rule 26(f) report, in which the parties stated that the prospects of settlement were "fair" and directly related "to the outcome of the various arbitrations that are now pending."